DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS TEMPLE CHURCH OF GOD IN CHRIST, INC.,**
Appellant,

v.

**THE CHURCH OF GOD IN CHRIST, INC.; THE GENERAL BOARD OF THE CHURCH OF GOD IN CHRIST, INC.; FLORIDA EASTERN ECCLESIASTICAL JURISDICTION, CHURCH OF GOD IN CHRIST, INC.; THE JUDICIAL BRANCH, CHAIRMAN OF THE BOARD OF BISHOPS, CHURCH OF GOD IN CHRIST, INC., BISHOP ALBERT GALBRAITH; BISHOP JIMMIE LEE WILLIAMS,** as Jurisdictional Prelate of Church of God in Christ, Inc.**; LIGHTHOUSE WORSHIP CENTER CHURCH OF GOD IN CHRIST INC;** and **JASMINE PALMER** as Administrator of Lighthouse Worship Center, Church of God in Christ, Director of Florida Eastern Ecclesiastic Jurisdiction, Executive Assistant to Bishop Jimmie Lee Williams**,**
Appellees.

No. 4D2025-0608

[March 12, 2026]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. 062024CA003243AXXXCE.

Kristen M. Fiore of Akerman LLP, Tallahassee, and Keenan R. Molaskey of Akerman, Tampa, for appellant.

Taurus M. Bailey of Bailey & Bailey, PLLC, Memphis, Tennessee, Pro Hac Vice, for appellees.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY, J. and SHERMAN, JAMES, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***